AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

DARREL C. OLDS, JR.,

                Plaintiff,

                v.

M. COURTIE, J. FLUAITT, J. UTTECHT, B. WARNER, M. CURREY, T. KESSLER, and M. LYONS,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-13-5023-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The Complaint, ECF No. 7, is DISMISSED WITHOUT PREJUDICE.

May 9, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia